IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TUNE HUNTER INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; APPLE INC.; SHAZAM ENTERTAINMENT LTD.; AMAZON.COM, INC.; NAPSTER, LLC; MOTOROLA, INC.; GRACENOTE, INC.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; LG ELECTRONICS USA, INC.; AT&T MOBILITY LLC; and PANTECH WIRELESS, INC., <br><br> Defendants. | CASE NO. 2:09-cv-148-TJW <br><br> JURY TRIAL DEMANDED |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

Plaintiff Tune Hunter Inc. ("Tune Hunter") and defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") (individually, each "Party") by and through their respective attorneys, hereby stipulate and agree as follows:

1. All claims brought by Tune Hunter against Verizon Wireless in the above-entitled action shall be dismissed without prejudice;

2. Each Party shall bear its own costs, expenses and attorneys' fees incurred in connection with this case; and

3. Tune Hunter's claims against the other, remaining defendants in this action shall remain pending unless separately dismissed or otherwise resolved.

AGREED TO AND ACCEPTED BY:


/s/ John T. Polasek
John T. Polasek
tpolasek@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

Counsel for Tune Hunter, Inc.


/s/ Josh A. Krevitt by permission John T. Polasek **
Josh A. Krevitt
JKrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
direct tel.: 303.298.5923
direct fax: 303.313.2843

Counsel for Cellco Partnership d/b/a Verizon Wireless

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of January, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

            /s/ John T. Polasek