IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TUNE HUNTER INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Case No. 2-09-CV-148TJW |
| § | |
| SAMSUNG TELECOMMUNICATIONS § | **JURY TRIAL DEMANDED** |
| AMERICA, LLC et al. § | |
| § | |
| *Defendants*. § | |

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT LG ELECTRONICS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as a result of an agreement reached between plaintiff Tune Hunter Inc. ("Tune Hunter") and defendant LG Electronics USA, Inc. ("LG"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Tune Hunter and LG, and over the subject matter of this action.

2. Each claim made and that could have been made by Tune Hunter against LG, and each counterclaim that could have been made by LG against Tune Hunter, in this action is hereby dismissed, <u>with prejudice</u>, on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

3. The portion of this Court's April 1, 2010 Order granting Tune Hunter leave to amend the complaint to name the correct LG entity is rendered moot.

4. Each party shall bear its own costs and attorneys' fees.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

SIGNED this 3rd day of June, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE